No. 99–5738. STEVENSON v. NIXON, ATTORNEY GENERAL OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 99–5752. BRYAN v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 99–5754. ROBERTS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 99–5757. STONE v. OREGON. Ct. App. Ore. Certiorari denied.

No. 99–5758. PATTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–5764. LEVITAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5767. YBARRA VILLAGRANA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 99–5796. OUTLAND v. HENDERSON, POSTMASTER GENERAL. C. A. 5th Cir. Certiorari denied.

No. 99–5802. SIMMONS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5815. LEFORCE v. SZMUTKO. Ct. App. Ariz. Certiorari denied.

No. 99–5817. THOMPSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–5820. FERNANDEZ v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 99–5822. DELGADO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5824. GALVAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.